Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
### Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **3000 Smith, Ltd** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 3 7 6 1 9 3 1 | |
| **4. Debtor's address** | **Principal place of business**  3000 Smith St  Number   Street  Houston, TX 77006-3441  City   State   ZIP Code  Harris  County | **Mailing address, if different from principal place of business**  Number   Street  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☑ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor    **3000 Smith, Ltd**
　　　　　Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. §101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7
❏ Chapter 9
☑ Chapter 11. *Check all that apply:*

　❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　❏ A plan is being filed with this petition.
　❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
❏ Yes.   District _____  When _____ MM/DD/YYYY   Case number _____
　　　　　District _____  When _____ MM/DD/YYYY   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
❏ Yes.   Debtor _____   Relationship _____
　　　　　District _____   When _____ MM/DD/YYYY
　　　　　Case number, if known _____

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 2

Debtor       **3000 Smith, Ltd**                                                                    Case number *(if known)*
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City                              State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page **3**

Debtor   **3000 Smith, Ltd**_____   Case number *(if known)*_____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/04/2025**
               MM/  DD/  YYYY

X  **/s/ Charles L. Fridge, III**_____   **Charles L. Fridge, III**_____
    Signature of authorized representative of debtor       Printed name

Title  **CEO and Secretary**_____

**18. Signature of attorney**

X  _____**/s/ Reese Baker**_____   Date  **03/04/2025**
    Signature of attorney for debtor                                   MM/  DD/  YYYY

**Reese Baker**_____
Printed name

**Baker & Associates**_____
Firm name

**950 Echo Ln Ste 300**_____
Number     Street

**Houston**_____   **TX**_____   **77024-2824**_____
City   State   ZIP Code

_____   **courtdocs@bakerassociates.net**_____
Contact phone   Email address

**01587700**_____   **TX**_____
Bar number   State

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **4**

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **3000 Smith, Ltd**          CASE NO

         CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **03/04/2025**      Signature      **/s/ Charles L. Fridge, III**
                                            Charles L. Fridge, III, CEO and Secretary

City Of Houston Public Works
Po Box 4863
Houston, TX 77210-4863


City of Houston/ Harris County
1301 Travis Street Suite 145
Houston, TX 77002


Houston Independent School District
P.O. Box 4668
Houston, TX 77210


Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346


Matthew Ogurick
7 Times Sq
New York, NY 10036-6524


MMG Investments V, LLC
c/o Kane Russell Coleman Logan, PC
5151 San Felipe St Ste 800
Houston, TX 77056-3627


Nalin Kumar
c/o Jarrod Martin
Chamberlain Hrdlick
1200 Smith St Ste 1400
Houston, TX 77002-4496

Nextfund CCP Ventures, LLC
Attn: Mattew Ogurick
7 Times Sq
New York, NY 10036-6524

Small Business
Administration
P.O. Box 3918
Portland, OR 97208

TXU Electric/TXU Energy
Attention: Bankruptcy
Po Box 650764
Dallas, TX 75265-0764

Zion Janitorial
2040 Louetta Rd F
Spring, TX 77388-4701