IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 3000 SMITH, LTD | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | CASE NO. 25-31240 |

### EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF IT IS GRANTED THE MOVANT MAY ACT OUTSIDE OF THE BANKRUPTCY PROCESS. IF YOU DO NOT WANT THE STAY LIFTED, IMMEDIATELY CONTACT THE MOVING PARTY TO SETTLE. IF YOU CANNOT SETTLE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY AT LEAST 7 DAYS BEFORE THE HEARING. IF YOU CANNOT SETTLE, YOU MUST ATTEND THE HEARING. EVIDENCE MAY BE OFFERED AT THE HEARING AND THE COURT MAY RULE.

EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.

## NATURE OF EMERGENCY

Emergency relief is requested on the grounds that insurance has lapsed on the subject property.

1. Movant: MMG Investments V, LLC

2. Movant holds a first lien Deed of Trust and Security Agreement in certain real property located in Harris County, Texas (the "Property") and more particularly described as:

    See attached **Exhibit B,** attached hereto.[1]

3. 3000 Smith, LTD ("Debtor") filed this bankruptcy on March 4, 2025.

---

[1] The Note, Deed of Trust and Security Agreement and Assignment of Deed of Trust and Security Agreement are attached hereto as **Exhibits A, B** and **C**, respectively. A pay history is attached as **Exhibit D**.

| | | |
|---|---|---|
| 4. | Type of collateral: | Real Property |
| 5. | Debtor's scheduled value of property: | No Schedules have been filed to date. |
| 6. | Movant's estimated value of property: | $2.9 million |
| 7. | Total amount owed to Movant: | $2,794,170.51 plus additional interest, force placed insurance and attorneys' fees |
| 8. | Estimated equity: | $106,000.00 |
| 9. | Total pre- and post-petition arrearages: | $2,794,170.51 plus accrued interest, force placed insurance and attorneys' fees. |
| 10. | Total post-petition arrearages: | Obligation has matured |
| 11. | Amount of unpaid, past due property taxes, if applicable (2024): | $57,824.65 |
| 12. | Expiration date on insurance policy, if applicable | Insurance has lapsed |
| 13. | Cause exists to terminate the automatic stay | Insurance has lapsed |

WHEREFORE, Movant requests that the Court grant this Motion and award such other and further relief to which it may be entitled.

Date: April 1, 2025

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ Michael P. Ridulfo
Michael P. Ridulfo
State Bar No. 16902020
SDTX No. 27086
mridulfo@krcl.com
5151 San Felipe, Suite 800
Houston, Texas 77056
(713) 425-7400 (Telephone)
(713) 425-7700 (Facsimile)
**ATTORNEY FOR MOVANT**

11323210 v1 (71657.00041.000)

## CERTIFICATE OF CONFERENCE

By emails dated March 17, 25 and 26, 2025, the undersigned contacted Debtor's counsel and requested proof of insurance. To date, no proof of insurance has been provided.

/s/ Michael P. Ridulfo
Michael P. Ridulfo

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2025, a true and correct copy of the foregoing document was served via ECF and regular mail on parties listed on the attached mailing matrix.

/s/Michael P. Ridulfo
Michael P. Ridulfo

```
Label Matrix for local noticing          3000 Smith, Ltd                          City of Houston
0541-4                                   3000 Smith St                            Linebarger Goggan Blair & Sampson LLP
Case 25-31240                            Houston, TX 77006-3441                   Jeannie Lee Andresen
Southern District of Texas                                                        PO Box 3064
Houston                                                                           Houston, TX 77253-3064
Tue Apr  1 09:43:35 CDT 2025

(p)HARRIS COUNTY ATTORNEY'S OFFICE       Houston Community College System         Houston ISD
P O BOX 2848                             Linebarger Goggan Blair & Sampson LLP    Linebarger Goggan Blair & Sampson LLP
HOUSTON TX 77252-2848                    c/o Jeannie Lee Andresen                 c/o Jeannie Lee Andresen
                                         PO Box 3064                              PO Box 3064
                                         Houston, TX 77253-3064                   Houston, TX 77253-3064

4                                        City Of Houston Public Works             City of Houston
United States Bankruptcy Court           Po Box 4863                              c/o Jeannie L. Andresen
PO Box 61010                             Houston, TX 77210-4863                   Linebarger Goggan Blair & Sampson LLP
Houston, TX 77208-1010                                                            PO Box 3064
                                                                                  Houston, TX 77253-3064

City of Houston/ Harris County           Houston Community College System         Houston ISD
1301 Travis Street Suite 145             c/o Jeannie L. Andresen                  c/o Jeannie L. Andresen
Houston, TX 77002-7429                   Linebarger Goggan Blair & Sampson LLP    Linebarger Goggan Blair & Sampson LLP
                                         PO Box 3064                              PO Box 3064
                                         Houston, TX 77253-3064                   Houston, TX 77253-3064

Houston Independent School District      Internal Revenue Service                 MMG Investments V, LLC
P.O. Box 4668                            Centralized Insolvency Operations        c/o Kane Russell Coleman Logan, PC
Houston, TX 77210-4668                   Po Box 7346                              5151 San Felipe St Ste 800
                                         Philadelphia, PA 19101-7346              Houston, TX 77056-3627

Matthew Ogurick                          Midtown Management District              Nalin Kumar
7 Times Sq                               P.O.Box 73109                            c/o Jarrod Martin
New York, NY 10036-6524                  Houston, TX 77273-3109                   Chamberlain Hrdlick
                                                                                  1200 Smith St Ste 1400
                                                                                  Houston, TX 77002-4496

Nextfund CCP Ventures, LLC               Small Business Administration            TXU Electric/TXU Energy
Attn: Mattew Ogurick                     P.O. Box 3918                            Attention: Bankruptcy
7 Times Sq                               Portland, OR 97208-3918                  Po Box 650764
New York, NY 10036-6524                                                           Dallas, TX 75265-0764

US Trustee                               Zion Janitorial                          Danielle L. Fridge
Office of the US Trustee                 2040 Louetta Rd F                        c/o The Probus Law Firm
515 Rusk Ave                             Spring, TX 77388-4774                    10497 Town and Country Way, Suite 930
Ste 3516                                                                          Houston, TX 77024-1119
Houston, TX 77002-2604

Nalin Kumar                              Reese W Baker
c/o Chamberlain Hrdlicka                 Baker & Associates
Attn: Bankruptcy Department              950 Echo Lane
1200 Smith Street                        Suite 300
Suite 1400                               Houston, TX 77024-2824
Houston, TX 77002-4496
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Harris County, ATTN: Property Tax Division     (d)Harris County, et al
Harris County Attorney's Office                P.O. Box 2848
P.O. Box 2848                                  Houston, TX 77252
Houston, TX 77252 United States
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)MMG Investments V, LLC          (u)Midtown Management District      End of Label Matrix
                                   c/o Perdue Brandon                  Mailable recipients   25
                                                                       Bypassed recipients    2
                                                                       Total                 27
```