# EXHIBIT C

RP-2024-126270
04/09/2024    ER    $29.00

*(Space above is for Recorder's use)*

When Recorded Mail To:
Midwest Servicing 4, LLC
3144 S. Winton Road
Rochester, NY 14623
ATTN: Kristen Turpyn

Property Address: 3000 Smith Street, Houston, Texas 77006

Harris County Appraisal District Account Number: 0132390000003

### ASSIGNMENT OF DEED OF TRUST AND SECURITY AGREEMENT (WITH COLLATERAL ASSIGNMENT OF RENTS)

WOODFOREST NATIONAL BANK ("Assignor"), whose address is 1330 Lake Robbins Road, The Woodlands, 77380, Attention: Grant Hass, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys MMG INVESTMENTS V, LLC. ("Assignee") whose address is 3144 S. Winton Road, Rochester, NY 14623, all of Assignor's right, title and interest in and to the mortgage described below, as the same may have been assigned, amended, supplemented, restated or modified as described below:

> Deed of Trust and Security Agreement (With Collateral Assignment of Rents) dated December 14, 2018, executed by 3000 Smith, LTD. in favor of Woodforest National Bank. (the "Mortgage").
>
> The Mortgage was duly recorded on December 17, 2018, in the Official Public Records of Real Property of Harris County in Instrument No. RP-2018-560604.

TO HAVE AND TO HOLD the same unto Assignee and its successors and assigns forever.

This Assignment is made without recourse or representation or warranty, express, implied or by operation of law, of any kind and nature whatsoever.

Effective as of March 26, 2024.

RP-2024-126270

EXHIBIT C

WOODFOREST NATIONAL BANK

By: _____
Grant Hass
Title: Vice President

STATE OF TEXAS )
)
COUNTY OF MONTGOMERY )

I, the undersigned, a Notary Public in and for the State and County aforesaid, do hereby certify that Grant Hass, Vice President of WOODFOREST NATIONAL BANK, whose name is signed to the foregoing Assignment of Deed of Trust and Security Agreement (With Collateral Assignment of Rents), appeared before me this 26 day of March, 2024, and acknowledged that the foregoing is the true act and deed on behalf of the bank.

Witness my hand and official stamp or seal this 26 day of March, 2024.

_____
Notary Public

My Commission expires: 8/12/2025
[Notarial Seal]

ELSA SEIFERT
Notary Public, State of Texas
Comm. Expires 08-12-2025
Notary ID 13327930-7

RP-2024-126270

I hereby certify the precise address of the within named Assignee is:

MMG INVESTMENTS V, LLC.

By: _____
Printed Name: John M. Himmelberg
Title: Authorized Representative

RP-2024-126270
# Pages 3
04/09/2024 03:37 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $29.00

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.

*Teneshia Hudspeth*
COUNTY CLERK
HARRIS COUNTY, TEXAS