# EXHIBIT D

**BORROWER STATEMENT OF ACCOUNT**

STATEMENT 03/18/25

**3000 Smith Ltd.**
**3000 Smith Street**
**Houston, TX 77006**

STATEMENT PERIOD
03/01/24   To   03/18/25

## LOAN TERMS AND BALANCES

| | | | |
|---|---|---|---|
| MATURITY: | 02/28/25 | PRINCIPAL BALANCE: | $2,651,469.24 |
| NOTE RATE: | 17.00% | ACCRUING BALANCE: | $2,651,469.24 |
| NEXT PAYMENT DUE: | 12/25/24 | UNPAID LATE | $14,000.00 |
| REGULAR PAYMENT: | $40,000.00 | UNPAID CHARGES: | $19,939.29 |
| PAYMENT FREQUENCY: | Monthly | ACCRUED INTEREST: | $124,136.14 |

## LOAN ACTIVITY

| EFFECTIVE DATE | REFERENCE | TOTAL RECEIVED | INTEREST | PRINCIPAL | DISTRIBUTION FEES | ESCROW | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| 03/01/24 | New Loan Draw | ($2,667,659.30) | $0.00 | ($2,667,659.30) | $0.00 | $0.00 | $2,667,659.30 |
| 04/03/24 | Loan Payment | $50,000.00 | $34,466.62 | $15,533.38 | $0.00 | $0.00 | $2,652,125.92 |
| 04/26/24 | LATEFEE | ($2,500.00) | $0.00 | $0.00 | ($2,500.00) | $0.00 | $2,652,125.92 |
| 05/26/24 | LATEFEE | ($2,500.00) | $0.00 | $0.00 | ($2,500.00) | $0.00 | $2,652,125.92 |
| 06/10/24 | Loan Payment | $50,000.00 | $48,843.32 | $1,156.68 | $0.00 | $0.00 | $2,650,969.24 |
| 08/19/24 | FA Dated 08/19/24 | ($500.00) | $0.00 | ($500.00) | $0.00 | $0.00 | $2,651,469.24 |
| 09/04/24 | LATEFEE | ($4,000.00) | $0.00 | $0.00 | ($4,000.00) | $0.00 | $2,651,469.24 |
| 09/29/24 | LATEFEE | ($2,000.00) | $0.00 | $0.00 | ($2,000.00) | $0.00 | $2,651,469.24 |
| 10/29/24 | LATEFEE | ($2,000.00) | $0.00 | $0.00 | ($2,000.00) | $0.00 | $2,651,469.24 |
| 11/29/24 | LATEFEE | ($2,000.00) | $0.00 | $0.00 | ($2,000.00) | $0.00 | $2,651,469.24 |
| 12/09/24 | LEGAL | ($1,147.50) | $0.00 | $0.00 | ($1,147.50) | $0.00 | $2,651,469.24 |
| 12/29/24 | LATEFEE | ($2,000.00) | $0.00 | $0.00 | ($2,000.00) | $0.00 | $2,651,469.24 |
| 12/30/24 | LEGAL | ($212.50) | $0.00 | $0.00 | ($212.50) | $0.00 | $2,651,469.24 |
| 01/06/25 | Loan Payment | $180,000.00 | $180,000.00 | $0.00 | $0.00 | $0.00 | $2,651,469.24 |
| 01/29/25 | LATEFEE | ($2,000.00) | $0.00 | $0.00 | ($2,000.00) | $0.00 | $2,651,469.24 |
| 02/06/25 | PROP_PRES | ($921.00) | $0.00 | $0.00 | ($921.00) | $0.00 | $2,651,469.24 |
| 02/10/25 | LEGAL | ($9,077.00) | $0.00 | $0.00 | ($9,077.00) | $0.00 | $2,651,469.24 |
| 02/10/25 | LEGAL | ($247.85) | $0.00 | $0.00 | ($247.85) | $0.00 | $2,651,469.24 |
| 02/26/25 | LEGAL | ($3,144.00) | $0.00 | $0.00 | ($3,144.00) | $0.00 | $2,651,469.24 |
| 02/26/25 | LEGAL | ($189.44) | $0.00 | $0.00 | ($189.44) | $0.00 | $2,651,469.24 |



EXHIBIT D